

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00302-CV

_____

AFC UNITED CONSTRUCTION, LLC, U.P. NAIL SALON, LLC F/K/A
ONYX NAIL BAR TCU, LLC D/B/A GEM NAIL SPA, THANH Q. NGUYEN,
JOSEPH PHAM, AND REMY LE, Appellants

V.

ONYX NAIL HOLDINGS, LLC D/B/A ONYX NAIL BAR TCU, PHUC T.
NGUYEN, AND KENDALL LAUGHLIN, Appellees

---

On Appeal from the 141st District Court
Tarrant County, Texas
Trial Court No. 141-315734-20

---

Before Wallach, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered appellants' "Motion to Dismiss." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: January 18, 2024